# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARSHA FILES and LELAND FILES,<br><br>    Plaintiffs<br><br>v.<br><br>GOLDEN ENTERTAINMENT (NV), INC., et al.,<br><br>    Defendants | Case No.: 2:21-cv-01726-APG-DJA<br><br>**Order Granting Motion to Remand**<br><br>[ECF No. 6] |

Defendant Thyssenkrupp Elevator Corporation removed this action from state court on the basis of diversity jurisdiction. ECF No. 1. However, Thyssenkrupp did not identify the citizenship of each defendant sufficiently for me to determine if complete diversity exists. I therefore ordered Thyssenkrupp to show cause why this case should not be remanded. ECF No. 4. In response, Thyssenkrupp moved to remand the case back to state court. ECF No. 6.

I THEREFORE ORDER that defendant Thyssenkrupp Elevator Corporation's motion to remand **(ECF No. 6) is GRANTED**. This case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 5th day of October, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE